UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. | 5:23-cv-01826-SSS-SHKx |
| Date | March 5, 2024 |
| Title | Luis Resendiz v. Truist Bank, et al. |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Why Sanctions Should Not Be Imposed Against Plaintiff's and Defendant's Counsel for Failure to File a Rule 26(f) Report**

On November 8, 2023, the Court issued an order setting the Scheduling Conference for January 5, 2024. [Dkt. 13]. On December 22, 2024, Defendant Truist Bank ("Truist") filed a Status Report Regarding Settlement and Scheduling Conference, wherein Truist informed the Court that a settlement had been reached with Plaintiff and provided supporting details. Truist requested that the Scheduling Conference be taken off calendar or continued 60 days to allow the parties to complete settlement and dismissal. On December 27, 2023, the Court issued its Order continuing the Scheduling Conference from January 5, 2024 to March 8, 2024, to allow the parties time to complete settlement and file a dismissal. In view of no dismissal having been filed, and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are to file their Joint Rule 26(f) Report not later than 14 days before the Scheduling Conference. As of today's date, the parties have not filed a Joint Rule 26(f) Report.

Accordingly, the Court hereby **ORDERS** counsel for Plaintiff, Stanley Robert Apps, and counsel for Defendant, Elliot G. Johnson, to show cause why they should not each be sanctioned in the amount of $250 for their failure to file a

timely Joint Rule 26(f) Report.  Counsel are **DIRECTED** to respond in writing to this Order to Show Cause by **Friday, March 29, 2024**, at 12:00 noon.  Counsel's failure to respond—or counsel's filing of an inadequate response—may result in the imposition of additional sanctions.

      The Court further **CONTINUES** the Scheduling Conference from March 8, 2024, to Friday, April 12, 2024, at 1:00 p.m., via Zoom video conference.

      **IT IS SO ORDERED.**